The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FARHIYA SULEIMAN GULED,<br><br>Plaintiff,<br><br>v.<br><br>MARCO RUBIO, United States Secretary of State, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-01066-KKE<br><br>**STIPULATED MOTION TO DISMISS AND ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the Department of State ("DOS") to adjudicate the immigrant visa case of Plaintiff Farhiya Suleiman Guled's husband, Abdikarim Muhudin Mohamed. DOS has issued the visa for Mr. Mohamed, and this case is now moot.

//

//

//

STIPULATED MOTION TO DISMISS AND ORDER
[Case No. 2:25-cv-01066-KKE] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 6th day of August, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Sarah Louise Bishop*
SARAH LOUISE BISHOP, NY No. 5256359
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4063
Fax: 206-553-4067
Email: sarah.bishop@usdoj.gov

*Attorneys for Defendants*

I certify that this memorandum contains 79 words, in compliance with the Local Civil Rules.

*s/ Farhiya Suleiman Guled*
FARHIYA SULEIMAN GULED
3100 S 208th Street, Apt. E301
SeaTac, WA 98198
Phone: 253-221-1189
Email:  fguled5@gmail.com

*Pro Se Plaintiff*

STIPULATED MOTION TO DISMISS AND ORDER
[Case No. 2:25-cv-01066-KKE] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

It is so **ORDERED**. This case is dismissed without prejudice.

DATED this 6th day of August, 2025

_____
Kymberly K. Evanson
United States District Judge

STIPULATED MOTION TO DISMISS
AND ORDER
[Case No. 2:25-cv-01066-KKE] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970